IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

AMERICAN BANKERS LIFE
ASSURANCE COMPANY OF FLORIDA,
ET AL., PLAINTIFFS,

VS. CIVIL ACTION NO. 2:04CV141-P-A

DONELL BENSON, ALMA BURNETT, and
COLLIE PEARSON, DEFENDANTS.

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiffs American Bankers Life Assurance Company of Florida, American Bankers Insurance Company of Florida, and American Reliable Insurance Company's Motion for Summary Judgment [14-1] is hereby **GRANTED**; thus,

(2) Donell Benson, Alma Burnett, and Collie Pearson are hereby compelled to submit their claims against American Bankers Life Assurance Company of Florida, American Bankers Insurance Company of Florida, and American Reliable Insurance Company's in *Walton et al. v. Tower Loan, et al.*, now pending in the Circuit Court of Coahoma County, Mississippi, to binding arbitration in a manner described in the agreements to arbitrate signed by them; and

(3) Pursuant to 28 U.S.C. § 2283, the claims of Donell Benson, Alma Burnett, and Collie Pearson against American Bankers Life Assurance Company of Florida, American Bankers Insurance Company of Florida, and American Reliable Insurance Company in *Walton et al. v. Tower Loan, et al.* pending in the Circuit Court of Coahoma County, Mississippi are **STAYED**

until completion of their respective arbitrations.

**SO ORDERED** this the 18th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE